APPENDIX A: PARTIES
Continued from page 5

7. Ms. Kenya/Alstead is a citizen of Montana
   employed as Dept. Of Corrections Contract Bed Monitor at
   Crossroads Correctional.

8. B. Hodges is a citizen of unknown state/ Montana
   employed as Unit Manager at Crossroads Correctional.

9. Mr. Christians is a citizen of Montana employed as
   Unit Manager at  Crossroads Correctional.

10. Brent Madrid is a citizen of unknown state/Montana employed
    as Chief of Security at Crossroads Correctional.

11. Mr. Long is a citizen of unknown state/Montana employed
    as Chief of Security at Crossroads Correctional.

12. Mr. Henson is a citizen of unknown state/Montana employed
    as Chief of Unit Management at Crossroads Correctional.

13. Mrs. Simons is a citizen of Montana employed
    as Quality Conrtol at Crossroads Correctional.

14. Susan Kloos is a citizen of Montana employed as
    a Corrections Counselor at Crossroads Correctional.

15. Christy Atikenu is a citizen of Montana employed as
    a Counselor/case Manager at Crossroads Correctional.