APPENDIX C. INJURY

## VI Injury CLAIM I

As a direct result of Core Civics policies regarding inmates access to the courts and digital discovery I lost a non-frivolous 42 U.S.C. Section 1983 Civil Suit against Billings Police Department et. Al. Cause No. CV 16-00154-BLG-JCL.

Specifically losing the portion of my lawsuit against Riverstone health Head Nurse "Jane Doe" aka Danielle Perry and "Terry Jones" for deliberate indifference to my injured ankle and the refusal to provide me with any mental health care during the entire time I was in custody.

I suffer Post Traumatic Stress Disorder (PTSD) from an event that happened to me in 2011. Now, that is compounded by the traumatic experience of this wrongful incarceration and terrible jail experience. I am currently taking medication for this double compounded PTSD and will most likely need medication and counseling for the rest of my life.

## VI Injury CLAIM II

As a direct result of Core Civics policies regarding inmates access to the courts and digital discovery I lost a non-frivolous Post-Conviction, Cause No. DV 18-1403, and appeal DA 19-0694. By blocking my access to the courts, Core Civic and the State of Montana are contributing to my continued illegal incarceration.

I suffer Post Traumatic Stress Disorder (PTSD) from an event that happened to me in 2011. Now, that is compounded by the traumatic experience of this wrongful incarceration. I am currently taking medication for this double compounded PTSD and will most likely need medication and counseling for the rest of my life.

## VI Injury CLAIM II

As a direct result of the State of Montana's "FORM TO BE USED BY PRISONERS FILING A PETITION FOR POSTCONVICTION RELIEF UNDER MONT. CODE ANN. §46-21-101 ET SEQ." I lost a non-frivolous Post-Conviction, Cause No. DV 18-1403, and appeal DA 19-0694.

I am not the only one. Every inmate using this form is being SET UP TO FAIL any collateral attack upon their conviction.