Richard D. Reinert, Jr.
AO# 3016727
50 Crossroads Dr
Shelby, MT 59474

APR 12 2021
Clerk, U.S. Courts
District of Montana
Great Falls Division

April 8, 2021

Clerk of Court, US District Court Great Falls
Missouri River Courthouse
125 Central Ave W.
Great Falls, MT 59404

Dear Clerk of Court,

    Included in this package is a 1983 Civil Complaint & Forma Pauperis motion. I am requesting these documents to be filed onto the U.S. District Court docket for review.

    However, I am currently in the process of preparing & filing my Federal Habeas and I request that, after filing this 1983, the ensuing proceedings be halted/stayed/postponed until the completion of my Federal Habeas. I can file a motion requesting this if I need to.

    I would wait to file this 1983 except Claim 1 needs to be time stamped as "filed" soon. I don't want to miss my chance to address these issues.

Thank you for your assistance in the filing of this document & I pray this letter finds you well.

Sincerely,

Richard D. Reinert
AO# 3016727
50 Crossroads Dr.
Shelby, MT 59474