Richard D. Reinert
AO# 3016727
700 Conley Lake Rd
Deer Lodge, MT 59722

March 24, 2023

U.S. District Court Clerk
Missouri River Courthouse
125 Central Ave West
Great Falls, MT 59404

SUBJECT: Reinert v. State of Montana, et al - 1983

Dear U.S. District Court Clerk,

I am writing to update the Court on my current legal status regarding the postponement of prosecution for this cause.

My Federal Habeaus was denied as "Procedurally barred" and I am currently appealing that decision to the 9th Cir. I don't know where that leaves me in this civil action.

If I must proceed at this time then I will. My complaints in this 1983 are the reason I have been procedurally barred in my Habeaus. Things need to change in regards to prisoners access to the Courts here in Montana.

However, if I could continue another 6 months, I would. I would know more of my appeal & hopefully be on the road to winning my Habeaus.

The decision is ultimately in the hands of the Court and I will respect whatever this Court decides.

Thank you for your time & I look forward to hearing the Courts response.

Sincerely,

*[signature]*

Richard Douglas Reinert Jr.
A0# 3016727
200 Conley Lake Rd
Deer Lodge, MT 59722